**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 161 EAL 2017
                      :
            Respondent      :
                      :    Petition for Allowance of Appeal from
                      :    the Order of the Superior Court
               v.            :
                      :
                      :
FRANK WINN,                  :
                      :
            Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.